**Michael ADKINS, Plaintiff—Appellant,**

v.

**Doctor DECOCO, Doctor of Psychiatry; Doctor Harris, Doctor of Psychologist; Doctor Bond, Doctor of Psychologist, Defendants—Appellees.**

No. 05–6428.

United States Court of Appeals, Fourth Circuit.

Submitted: June 23, 2005.

Decided: June 30, 2005.

Michael Adkins, Appellant pro se.

Before WIDENER, MICHAEL, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael Adkins appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Adkins v. Decoco,* No. CA–05–118–2 (E.D. Va. filed March 17, 2005 & entered March 21, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*